UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer R. Ferguson,                          Case No. 3:20-cv-2076

           Plaintiff

    v.                                    MEMORANDUM OPINION
                                           AND ORDER

Commissioner of Social Security,

           Defendant

       Before me is the Report and Recommendation ("R & R") of Magistrate Judge Jonathan D. Greenberg filed on October 12, 2021. (Doc. No. 21). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

       Following review of Judge Greenberg's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Greenberg's finding that the ALJ properly evaluated Plaintiff's lymphocytic colitis. I also agree a sentence six remand is not warranted here. Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

       So Ordered.

                                                 s/ Jeffrey J. Helmick
                                                 United States District Judge